THOMAS C. AITKEN, RELATOR, v. BOROUGH OF HAS-
BROUCK HEIGHTS AND WALTER BROOME, BUILDING
INSPECTOR, RESPONDENTS.

Submitted March 18, 1927—Decided April 8, 1927.

Zoning—Erection of Store and Apartment-house—Ordinance Does
Not Appear to Cover This Territory on Which it is Sought
to Build the House—There Being no Board of Adjustment to
Which Appeal May be Had, Mandamus Lies and a Peremp-
tory Writ May be Issued.

On rule to show cause why *mandamus* should not issue.

Before Justices PARKER, BLACK and CAMPBELL.

For the relator, *Winne & Banta.*

For the respondents, *Ralph W. Chandless.*

PER CURIAM.

The zoning ordinance of Hasbrouck Heights is claimed
to bar the issue of a permit to relator for a two-story store
and apartment building on the corner of Washington Place
and Terrace avenue.

It might well be said that the zoning ordinance does not
affect this property at all, or if it does, that it contains no
prohibition of such a building as relator desires to erect.
It purports to divide the whole borough into two districts,
designated as "business" and "industrial." Relator's pro-
posed building is not prohibited in either class. But more
than this, the location of the two districts is referred to a
map, the examination whereof discloses that the business
district is a narrow strip bordering the boulevard on each
side, and the industrial is another similar strip marching
with the New Jersey and New York railroad (Erie) at the
foot of the hill. Hence, most of the borough, say eighty to

ninety per cent., is not zoned at all. Terrace avenue is about midway between these strips and parallel with them, and runs through territory which may be called "blank." It is the old Pollifly road running between East Newark and Hackensack, under a modern name. We can find no regulation whatever of this locality in the ordinance, and for this reason alone, relator would be entitled to his writ.

If the district were zoned as residential, the result would probably be the same. Terrace avenue, the old Pollifly road, is a through highway and main traffic artery, and has been such for probably two centuries. In the ten miles between Newark and Hackensack it runs through eight of ten municipalities. The stipulation of facts show that in the borough of Hasbrouck Heights there are a number of business buildings fronting on this road, including seven gasoline stations, within a very short distance of the premises in question. The physical situation is similar to that in *Builders' Realty Co.* v. *Bigelow*, 3 *N. J. Mis. R.* 540.

As there is no board of zoning adjustment to which appeal can be had, *mandamus* lies. Relator is entitled to a peremptory writ.